**UNITED STATES of America, Plaintiff—Appellee,**

v.

**THO DONG PHAN, Defendant— Appellant.**

**No. 06–30114.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 16, 2006.*

Filed Oct. 20, 2006.

Michael Dion, Esq., USTA–Office of the U.S. Attorney, Tacoma, WA, for Plaintiff–Appellee.

Colin Fieman, Esq., FPDWA–Federal Public Defender's Office, Tacoma, WA, for Defendant–Appellant.

Before: T.G. NELSON, W. FLETCHER, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Tho Dong Phan appeals from his guilty-plea conviction and 120–month sentence for possession of methylenedioxymethamphetamine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Phan has filed a brief stating that he finds no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief on direct appeal. Accordingly, we affirm the district court's judgment.

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.